NUMBER
13-05-783-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

JORGE ALBERTO CORONADO,                                   Appellant,

 

                                           v.

 

MILITZA CORIA CORONADO,                                      Appellee.

___________________________________________________________________

 

                  On
appeal from the 107th District Court 

                           of
Cameron County, Texas

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, JORGE ALBERTO CORONADO, attempted to perfect
an appeal from a judgment entered by the 107th District Court of
Cameron County, Texas, in cause number 2005-08-4446-A.  Judgment in this cause was signed on November 3, 2005.  An
untimely motion for new trial was filed on December 6, 2005.  Pursuant to Tex. R. App. P. 26.1, appellant=s notice of appeal was
due on December 5, 2005, but was not filed until December
16, 2005.  

Notice of this defect was given so that steps could be taken to correct
the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect his appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

 

Memorandum Opinion
delivered and filed this

the 16th
day of February, 2006.